| AO 10<br>Rev 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U S C. app §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeown, Mary M | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>06/10/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>U S Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U S Court of Appeals<br>401 West A Street Suite 2000<br>San Diego CA 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 Board of Advisors | RAND Institute of Civil Justice |
| 2 Board of Advisors | American Judicature Society |
| 3 Board of Visitors | Georgetown University Law Center |
| 4 Board of Directors | Association of Business Trial Lawyers - San Diego |
| 5 Board of Directors | Volunteers of America |
| 6. Board of Directors | Federal Judges Association |
| 7 Board of Directors | La Jolla Music Society |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

RECEIVED 2009 JUN 10 A 10: 01 FINANCIAL DISCLOSURE OFFICE

**McKeown, Mary M**

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKeown, Mary M. | 06/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1 | Spg/Fall08 | Univ of San Diego Law School - Teaching | $20,000 |
| 2 | | | |
| 3 | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2008 | Self-employed - Consultant |
| 2 | 2008 | University of California San Diego - Salary |
| 3 | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1 | American Bar Association | 02/08/08-02/10/08 | Los Angeles, CA | Std Cmt Fed Jud Imprv | Transportation, lodging & meals |
| 2 | Georgetown University Law Center | 03/04/08-03/09/08 | Madrid, Spain | Board of Visitors Meeting | Local transportation, meals |
| 3 | Georgetown University Law Center | 03/17/08-03/19/08 | Washington, D C. | Moot Court | Transportation, lodging & meals |
| 4 | American Bar Association | 04/25/08 | New York | Std Cmt. Fed. Jud Imprv | Transportation, lodging & meals |
| 5 | Federal Judges Association | 05/03/08-05/05/08 | Washington D C | Meeting | Transportation, lodging & meals |
| 6 | The University of Chicago | 05/03/08-05/05/08 | Washington D.C. | Moot Court | Transportation, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

| | | | | |
|---|---|---|---|---|
| 7 California Academy of Appellate Lawyers | 05/16/08-05/18/08 | Monterey, CA | Presentation | Judge ████ Transportation, lodging & meals |
| 8. American Bar Association | 07/01/08-07/05/08 | Vienna, Austria | World Justice Project | Transportation, lodging & meals |
| 9. The Aspen Institute | 07/12/08-07/17/08 | Aspen, CO | Conference | Judge ████: Transportation, lodging & meals |
| 10 Amercian Bar Association | 08/07/08-08/10/08 | New York, NY | Std. Cmt Fed Jud Imprv | Transportation, lodging & meals |
| 11 Association of Business Trial Lawyers of San Diego | 09/10/08 | Costa Mesa, CA | Presentation | Transportation |
| 12 Association of Business Trial Lawyers of San Diego | 09/24/08-09/28/08 | Kauai, Hawaii | Annual Seminar | Transportation, lodging & meals |
| 13 Bar Association of San Francisco | 10/03/08 | San Francisco, CA | Pacific Admiralty Annual | Judge ████: Transportation |
| 14 Amercian Bar Association | 11/01/08 | La Jolla, CA | Std Cmt. Fed. Jud Imprv | Parking & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SUNTRUST MORTGAGE, INC./CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | |
| 3 | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period<br>(1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | C<br>Gross value at end of reporting period<br>(1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 BANK OF AMERICA #2 | A | Interest | M | T | | | | | |
| 2 BOEING | A | Dividend | J | T | | | | | SEE PART VIII FOR DETAIL |
| 3 COLLEGE SAVINGS BANK - PRINCETON | B | Interest | K | T | | | | | |
| 4 LINCOLN MUTUAL INSURANCE | A | Interest | J | T | | | | | |
| 5 SCHWAB ACCT #4 | | | | | | | | | |
| 6 ---AIM VI TECH FUND | | None | J | T | | | | | |
| 7. ---ALGER AMERICAN GROWTH | | None | J | T | | | | | |
| 8. ---AMER CENTURY VP INTL | | None | J | T | | | | | |
| 9. ---BARON CAPTIAL ASSET | | None | J | T | | | | | |
| 10. ---SCHWAB S&P 500 FUND | | None | | | Transferred (to line 28) | 1/1 | M | | SEE PART VIII FOR DETAIL |
| 11. TULLY'S COFFEE | | None | J | T | | | | | |
| 12 WASHINGTON MUTUAL BANK/JP MORGAN CHASE | A | Interest | | | Transferred (to line 28) | 5/5 | L | | |
| 13 TRUST #1 | | | | | | | | | |
| 14 ---CASH/BANK OF AMER | A | Interest | J | T | | | | | |
| 15 ---FIDELITY BLUE CHIP | A | Dividend | K | T | | | | | |
| 16 ---FIDELITY DISCOVER FUND | A | Dividend | J | T | | | | | |
| 17 ---FIDELITY GROWTH & INC | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int ) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18   403b #1- FIDELITY INVESTMENTS | | | | | | | | | |
| 19   ---UC SAVINGS FUND | A | Dividend | J | T | Buy | 1/1 | J | | |
| 20   ---FIDELITY CONTRA | D | Dividend | M | T | | | | | |
| 21.   ---FIDELITY EURO CAP APPREC | E | Dividend | L | T | | | | | |
| 22.   ---FIDELITY SELECT TECH/PURITAN | C | Dividend | K | T | | | | | |
| 23   FIDELITY ANNUITY #2 | | | | | | | | | |
| 24.   ---FIDELITY VIP CONTRA | | None | K | T | | | | | |
| 25.   ---FIDELITY VIP EQUITY INCOME | | None | J | T | | | | | |
| 26   PERKINS BUILDING PARTNERSHIP | A | Interest | | | Sold | 7/1 | J | D | SEE PART VIII FOR DETAIL |
| 27.   NORTHERN TRUST #1 | | | | | | | | | |
| 28   ---NORTHERN TRUST CHK | A | Interest | M | T | | | | | |
| 29.   NORTHERN TRUST #2 | | | | | | | | | |
| 30   ---NORTHERN TRUST MMF | A | Dividend | K | T | | | | | |
| 31   NORTHERN TRUST #3 | | | | | | | | | |
| 32.   ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 33   NORTHERN TRUST #4 | | | | | | | | | |
| 34   ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |

1 Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
  (See Column C2)            U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35    NORTHERN TRUST #5 | | | | | | | | | |
| 36.   ---ABBOTT LAB (ABT) | A | Dividend | J | T | Buy (add'l) | 5/8 | J | | |
| 37.   ---ACCENTURE BERMU (ACN) | A | Dividend | J | T | Sold (part) | 5/8 | J | A | |
| 38.   ---ADR ARCELORMITTAL | A | Dividend | | | Buy | 5/8 | J | | |
| 39. | | | | | Sold | 12/26 | J | A | |
| 40.   ---ADR NOKIA CORP | | None | | | Buy | 5/8 | J | | |
| 41. | | | | | Sold | 12/26 | J | A | |
| 42.   ---ADR NOVARTIS NVS | A | Dividend | | | Sold | 4/28 | J | A | |
| 43.   ---AFLAC INC | A | Dividend | | | Buy | 5/8 | J | | |
| 44. | | | | | Sold | 12/26 | J | A | |
| 45.   ---AMERN INTL GRP AIG | A | Dividend | | | Sold | 4/28 | J | A | |
| 46    ---AMERIPRISE FINL | A | Dividend | | | Buy | 5/8 | J | | |
| 47. | | | | | Sold | 12/26 | J | A | |
| 48.   ---APPLE (AAPL) | | None | J | T | PARTIAL SALE | 5/8 | J | B | |
| 49.   ---ADOBE SYS ADBE | | None | | | Buy (add'l) | 5/8 | J | | |
| 50. | | | | | Sold | 12/26 | J | A | |
| 51    ---BANK OF NY MELLON | A | Dividend | | | Buy | 5/8 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int.) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date Month - Day | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52 | | | | | Sold | 12/26 | J | A | |
| 53 ---BAXTER INTL (BAX) | A | Dividend | J | T | Buy (add'l) | 5/8 | J | | |
| 54. ---BECTON DIECKINSON & CO (BDX) | A | Dividend | | | Sold (part) | 5/8 | J | A | |
| 55 | | | | | Sold | 12/26 | J | A | |
| 56 ---CISCO SYS CSCO | | None | | | Sold (part) | 5/8 | J | A | |
| 57 | | | | | Sold | 12/26 | J | A | |
| 58 ---COSTCO WHOLESALE | A | Dividend | | | Buy | 5/8 | J | | |
| 59. | | | | | Sold | 12/26 | J | A | |
| 60 ---DANAHER CORP (DHR) | A | Dividend | J | T | Sold (part) | 5/8 | J | A | |
| 61 ---DOMINION RES INC VA D | A | Dividend | | | Sold | 5/8 | J | A | |
| 62. ---ECOLAB INC ECL | A | Dividend | | | Sold | 5/8 | J | A | |
| 63 ---EMERSON ELECT CO. | A | Dividend | | | Buy (add'l) | 5/8 | J | | |
| 64 | | | | | Sold | 12/26 | J | A | |
| 65. ---EXELON CORP EXC | A | Dividend | | | Sold | 12/26 | J | A | |
| 66 ---FRKLN RES INC BEN | A | Dividend | | | Sold | 5/8 | J | A | |
| 67 ---GOLDMAN SACHS GRP GS | A | Dividend | | | Buy (add'l) | 5/8 | J | | |
| 68 | | | | | Sold | 12/26 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69    ---HARTFORD FINL SVS (HIG) | A | Dividend | | | Buy (add'l) | 5/8 | J | | |
| 70 | | | | | Sold | 12/26 | J | A | |
| 71    ---ITT CORP INC (ITT) | A | Dividend | J | T | | | | | |
| 72    ---JACOBS ENGR GRP | | None | | | Buy | 5/8 | J | | |
| 73. | | | | | Sold | 12/26 | J | A | |
| 74.    ---JOHNSON & JOHNSON JNJ | A | Dividend | | | Sold | 12/26 | J | A | |
| 75    ---KELLOGG CO. | A | Dividend | | | Sold | 12/26 | J | A | |
| 76    ---MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 77.    ---MEDCO HLTH SOLUT (MHS) | | None | J | T | Buy (add'l) | 5/8 | J | | |
| 78    ---MEDTRONIC INC (MDT) | A | Dividend | | | Sold | 5/8 | J | A | |
| 79.    ---MFB NORTH CAL MUN MONEY MKT (NOCXX) | C | Dividend | M | T | | | | | |
| 80.    ---MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Int /Div | M | T | Buy (add'l) | 5/8 | J | | |
| 81    ---MFB NORTH FDS CA TAX EXPT ( NCATX) | D | Int /Div. | M | T | Buy (add'l) | 5/8 | K | | |
| 82    ---MFB NORTH EMERG MKTS | A | Dividend | | | Buy (add'l) | 12/19 | J | | |
| 83 | | | | | Sold (part) | 5/8 | J | A | |
| 84 | | | | | Sold | 12/26 | J | A | |
| 85    ---MFB NORTH FDS GLOBAL RE | A | Dividend | | | BUY | 5/8 | K | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end of<br>reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86 | | | | | Buy (add'l) | 12/19 | J | | |
| 87. | | | | | Sold (part) | 8/27 | J | A | |
| 88 | | | | | Sold | 12/26 | J | A | |
| 89 ---MFB NORTH HI YIELD FXD INC (N HFIX) | D | Dividend | L | T | Sold (part) | 12/26 | L | A | |
| 90. --- MFB NORTH HI YIELD MUNI (N HYMX) | B | Dividend | K | T | Buy | 5/8 | L | | |
| 91. ---MFB NORTH STK INDEX (NOSIX) | | None | M | T | Buy | 12/26 | M | | |
| 92. ---MFB NORTH FDS MID CAP GROWTH (NOMCX) | | None | | | Buy (add'l) | 5/8 | K | | |
| 93 | | | | | Sold | 12/26 | K | A | |
| 94. ---MFB NO. MM INTL EQUITY | B | Dividend | | | Buy (add'l) | 5/8 | K | | |
| 95. | | | | | Buy (add'l) | 12/19 | J | | |
| 96 | | | | | Sold | 12/26 | L | A | |
| 97. ---MFB NORTH MM GLOBAL RE (NMM GX) | A | Dividend | J | T | Buy | 12/26 | J | | |
| 98 ---MFB NORTH INTL EQTY INDEX (NOI NX) | | None | L | T | Buy | 12/26 | L | | |
| 99 ---MFB NORTH MM SMALL CAP | A | Dividend | | | BUY | 5/8 | K | | |
| 100 | | | | | BUY | 12/19 | J | | |
| 101 | | | | | SELL | 12/26 | J | A | |
| 102 ---MFC SELECT SECT SPDR TR ENERGY (XLE) | A | Dividend | | | Sold | 12/26 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103 ---MFC SELECT SECT SPDR TR FINL ( XLF) | A | Dividend | | | Sold | 2/22 | J | A | SEE PART VIII FOR DETAIL |
| 104 ---MFC SELECT SECT SPDR TR SHS BE N MAT XLB | A | Dividend | | | Sold | 12/26 | J | A | |
| 105 ---MFC SELECT SCT TR TECH XLK | A | Dividend | | | Sold | 12/26 | J | A | |
| 106. ---MFO CREDIT SUISSE COMMIDITY RETURN (CRSOX) | A | Dividend | J | T | Sold (part) | 5/9 | J | A | |
| 107. | | | | | Sold (part) | 8/27 | J | A | |
| 108. ---MICROCHIP TECH (MCHP0 | A | Dividend | | | Sold | 12/26 | J | A | |
| 109 ---MICROSOFT CORP (MSFT) | A | Dividend | J | T | Sold (part) | 5/8 | J | A | |
| 110. ---NATL OIL WELL VARCO | | None | | | Buy | 5/8 | J | | |
| 111. | | | | | Sold | 12/26 | J | A | |
| 112. ---NUCOR CORP (NUE) | A | Dividend | | | Sold | 5/8 | J | A | |
| 113 ---PEPSICO INC (PEP) | A | Dividend | | | Sold | 12/26 | J | A | |
| 114. ---PG&E CORP (PCG) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 115 ---PRINCIPAL FINL GRP PFG | A | Dividend | | | Sold | 5/8 | J | A | |
| 116. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | Sold (part) | 5/8 | J | A | |
| 117 ---PRUDENTIAL FINL | A | Dividend | | | Buy | 5/8 | J | | |
| 118 | | | | | Sold | 12/26 | J | A | |
| 119 ---ROCKWELL COLLINS | A | Dividend | | | Buy | 5/8 | J | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120 | | | | | Sold | 12/26 | J | A | |
| 121 ---SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold (part) | 5/8 | J | A | |
| 122 | | | | | Sold | 12/26 | J | A | |
| 123 ---SELECT SECT SPDR TR INDL XLI | A | Dividend | | | Sold (part) | 5/8 | J | A | |
| 124 | | | | | Sold | 12/26 | J | A | |
| 125 ---SELECT SECT SPDR CNSMR DISC RET XLY | A | Dividend | | | Sold | 12/26 | J | A | |
| 126. ---SIGMA-ALDRICH CORP | A | Dividend | | | Buy | 5/8 | J | | |
| 127. | | | | | Sold | 12/26 | J | A | |
| 128 ---SPECTRA ENERGY | A | Dividend | | | Buy | 5/8 | J | | |
| 129. | | | | | Sold | 12/26 | J | A | |
| 130. ---STAPLES INC SPLS | A | Dividend | | | Sold | 5/8 | J | A | |
| 131 ---TARGET CORP TGT | A | Dividend | | | Sold | 4/28 | J | A | |
| 132. ---TEXAS INSTRS INC TXN | A | Dividend | | | Sold | 4/28 | J | A | |
| 133. ---TRANSOCEAN INC (RIG) | | None | J | T | | | | | |
| 134 ---UNITED TECH CORP UTX | A | Dividend | | | Buy (add'l) | 5/8 | J | | |
| 135 | | | | | Sold | 12/26 | J | A | |
| 136 ---VERIZON COMM (VZ) | A | Dividend | J | T | Buy (add'l) | 5/8 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>Month -<br>Day | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137 ---WALGREEN CO WAG | | | | | Sold | 2/22 | J | A | SEE PART VIII FOR DETAIL |
| 138. ---WATERS CORP | | None | | | Buy | 5/8 | J | | |
| 139 | | | | | Sold | 12/26 | J | A | |
| 140. NORTHERN TRUST #6 | | | | | | | | | |
| 141 ---ABBOTT LAB ABT (ABT) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 142. ---ACCENTURE BERM ACN (ACN) | A | Dividend | J | T | Sold (part) | 5/8 | J | A | |
| 143. ---ADOBE (ADBE) | | None | J | T | Buy (add'l) | 5/8 | J | | |
| 144. ---ADR ARCELORMITTAL (MT) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 145. ---ADR NOKIA CORP (NOK) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 146. ---ADR NOVARIS NVS | A | Dividend | | | Sold | 4/28 | J | A | |
| 147 ---AFLAC (AFL) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 148 | | | | | Sold (part) | 12/26 | J | A | |
| 149 ---AMERN INTL GRP AIG | A | Dividend | | | Sold | 4/28 | J | A | |
| 150 ---AMERIPRISE FINL (AMP) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 151 ---APPLE INC (AAPL) | | None | J | T | Sold (part) | 5/8 | J | B | |
| 152 ---BANK OF NY MELLON (BK) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 153. ---BAXTER INTL ( BAX) | A | Dividend | J | T | Buy (add'l) | 5/8 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. ---BECTON DICKINSON & CO (BDX) | A | Dividend | J | T | | | | | |
| 155 ---CISCO SYS (CSCO) | | None | J | T | Sold<br>(part) | 5/8 | J | A | |
| 156. ---COSTCO WHOLESALE COST) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 157 ---DANAHER CORP DHR DHR) | A | Dividend | J | T | Sold<br>(part) | 5/8 | J | A | |
| 158 ---DOMINION RES VA D | A | Dividend | | | Sold | 5/8 | J | A | |
| 159 ---ECOLAB INC ECL | A | Dividend | | | Sold | 5/8 | J | A | |
| 160 ---EMERSON ELECT CO. (EMR) | A | Dividend | J | T | | | | | |
| 161. ---EXELON CORP EXC (EXC) | A | Dividend | J | T | Buy<br>(add'l) | 5/8 | J | | |
| 162 ---FAIRPOINTE COMMERCE | | None | | | Spinoff<br>(from line 212) | 4/4 | J | | |
| 163 | | | | | Sold | 4/7 | J | A | |
| 164 ---FRNKLN RES INC BEN | A | Dividend | | | Sold | 5/8 | J | A | |
| 165 ---GOLDMAN SACHS GRP (GS) | A | Dividend | J | T | Sold<br>(part) | 5/8 | J | A | |
| 166. ---HARTFORD FINL SVCS (HIG) | A | Dividend | J | T | Buy<br>(add'l) | 5/8 | J | | |
| 167. ---ITT CORP (ITT) | A | Dividend | J | T | Sold<br>(part) | 5/8 | J | A | |
| 168 ---JACOBS ENGR GRP (JEC) | | None | J | T | Buy | 5/8 | J | | |
| 169 ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Sold<br>(part) | 12/26 | J | A | |
| 170 ---KELLOGG CO. (K) | A | Dividend | J | T | Sold<br>(part) | 12/26 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | D (2) Date Month - Day | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171   ---MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 172   ---MEDCO HLTH SOLUTIONS (MHS) | | None | J | T | Buy (add'l) | 5/8 | J | | |
| 173.  ---MEDTRONICS INC MDT | A | Dividend | | | Sold | 5/8 | J | A | |
| 174.  ---MFB NORTH EMERG MKTS (NOEMX ) | B | Dividend | K | T | Buy (add'l) | 12/19 | J | | |
| 175. | | | | | Sold (part) | 5/8 | J | A | |
| 176.  ---MFB NORTH FDS FX INC (NOFIX) | D | Dividend | N | T | | | | | |
| 177   ---MFB NORTH FDS GLOBAL RE IND EX (NGREX) | B | Dividend | K | T | Buy (add'l) | 12/19 | J | | |
| 178.  ---MFB NORTH HI YLD FXD INC (NHFI X) | C | Dividend | K | T | | | | | |
| 179.  ---MFB NORTH MM ITL EQUITY (NM IEX) | C | Dividend | M | T | Buy (add'l) | 2/19 | J | | |
| 180.  ---MFB NORTH MM MID CAP (NMMCX) | A | Dividend | K | T | Buy (add'l) | 5/8 | J | | |
| 181. | | | | | Buy (add'l) | 12/19 | J | | |
| 182.  ---MFB NORTH MM SMALL CAP (NMM SX) | A | Dividend | K | T | Buy (add'l) | 5/8 | J | | |
| 183. | | | | | Buy (add'l) | 12/19 | J | | |
| 184.  ---MFB NORTH MONEY MKT FND (NO RXX) | C | Dividend | M | T | | | | | |
| 185.  ---MFC SELECT SECT SPDR ENERGY ( XLE) | A | Dividend | K | T | Sold (part) | 12/26 | J | A | |
| 186.  ---MFC SELECT SECT SPDR FINL (XLF) | B | Dividend | K | T | | | J | | |
| 187   ---MFC SELECT SECT SPDR SHS BEN I NT-MAT (XLB) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188 ---MFC SELECT SECT TECH (XLK) | A | Dividend | J | T | | | | | |
| 189. ---MFO CREDIT SUISSE COMMODITY RTN (CRSOX) | A | Dividend | K | T | | | | | |
| 190 ---MICROCHIP TECH (MCHP) | A | Dividend | J | T | Sold (part) | 5/8 | J | A | |
| 191. ---MCROSOFT CORP (MSFT) | A | Dividend | J | T | Sold (part) | 5/8 | J | A | |
| 192. ---MOTOROLA INC MOT | | | | | Sold | 2/22 | J | A | SEE PART VIII FOR DETAIL |
| 193. ---NATL OIL WELL VARCO (NOV) | | None | J | T | Buy | 5/8 | J | | |
| 194. ---NUCOR CORP NUE | A | Dividend | | | Sold | 5/8 | J | B | |
| 195. ---PEPSI CO INC (PEP) | A | Dividend | J | T | Sold (part) | 12/26 | J | A | |
| 196. ---PG&E CORP (PCG) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 197 ---PRINCIPAL FINL GRP PFG | | None | | | Sold | 5/8 | J | A | |
| 198. ---PROCTOR & GAMBLE (PG) | A | Dividend | K | T | Sold (part) | 5/8 | J | A | |
| 199. ---PRUDENTIAL FINL (PRU) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 200 ---ROCKWELL COLLINS (COL) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 201. ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | Sold (part) | 5/8 | J | B | |
| 202. ---SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | Sold (part) | 5/8 | J | A | |
| 203. ---STAPLES INC SPLS | A | Dividend | | | Sold | 5/8 | J | A | |
| 204 ---SELECT SECT SPDR CNSMR DISCR ( XLY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205   ---SIGMA -ALDRICH (SIAL) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 206   ---SPECTRA ENERGY (SE) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 207.  ---STARBUCKS CORP SBUX | | None | | | Sold | 5/8 | J | A | |
| 208   ---TARGET CORP TGT | | None | | | Sold | 4/28 | J | A | |
| 209.  ---TEXAS INSTRS TXN | A | Dividend | | | Sold | 4/28 | J | A | |
| 210   ---TRANSOCEAN INC (RIG) | | None | J | T | | | | | |
| 211.  ---UNITED TECH CORP (UTX) | A | Dividend | J | T | Buy<br>(add'l) | 5/8 | J | | |
| 212.  ---VERIZON COMM (VZ) | A | Dividend | J | T | Buy<br>(add'l) | 5/8 | J | | |
| 213.  ---WACHOVIA CORP WB | A | Dividend | | | Sold | 4/14 | J | A | |
| 214.  ---WALGREEN CO WAG | A | Dividend | | | Sold | 5/8 | J | A | |
| 215   ---WATERS CORP (WAT) | | None | J | T | Buy | 5/8 | J | | |
| 216.  NORTHERN TRUST #7 | | | | | | | | | |
| 217.  ---TEMPLETON FOREIGN CL A (TEM FX) | D | Dividend | K | T | Buy<br>(add'l) | 12/23 | J | | |
| 218   NORTHERN TRUST #8 | | | | | | | | | |
| 219.  ---AMERICAN BALANCED CL A (ABA LX) | B | Dividend | K | T | Buy<br>(add'l) | 2/19 | J | | |
| 220.  NORTHERN TRUST #9 | A | Dividend | J | T | | | | | |
| 221   NORTHERN TRUST #10 | | None | K | T | | | | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222   CONDO(50%) SAN FRANCISCO CA | D | Rent | O | W | | | | | |
| 223 | | | | | | | | | |
| 224 | | | | | | | | | |
| 225 | | | | | | | | | |
| 226 | | | | | | | | | |
| 227 | | | | | | | | | |
| 228. | | | | | | | | | |
| 229 | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232 | | | | | | | | | |
| 233 | | | | | | | | | |
| 234. | | | | | | | | | |
| 235 | | | | | | | | | |
| 236 | | | | | | | | | |
| 237 | | | | | | | | | |
| 238 | | | | | | | | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII.

LINE 2:  PRIOR PERIOD ADJUSTMENT -  ASSET WAS SHOWN AS SOLD IN PREVIOUS YEAR, WHEN IN FACT IT IS STILL OWNED AS AN ASSET.

LINE 10·  PRIOR PERIOD ADJUSTMENT - ASSET WAS TRANSFERRED TO NORTHERN TRUST ACCOUNT IN 2007

LINE 26·  BUILDING WAS SOLD AND PARTNERSHIP WAS TERMINATED    FINAL K-1 WAS FILED.

LINE 103.  PRIOR PERIOD ADJUSTMENT - IN 2007 THE STOCK WAS REPORTED AS A PARTIAL SALE, WHEN IN FACT IT WAS A TOTAL SALE

LINE 137·  PRIOR PERIOD ADJUSTMENT - IN 2007 THE STOCK WAS REPORTED AS A PARTIAL SALE, WHEN IN FACT IT WAS A TOTAL SALE.

LINE 192.  PRIOR PERIOD ADJUSTMENT - IN 2007 THE STOCK WAS REPORTED AS A PARTIAL SALE, WHEN IN FACT IT WAS A TOTAL SALE

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKeown, Mary M. | 06/10/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544